FILED
CLERK, U.S. DISTRICT COURT
07/14/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: DM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>EDMOND TUMASYAN,<br><br>  Defendant. | CR No. 2:20-cr-00292-ODW<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(C): Possession with Intent to Distribute Heroin; 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms and Ammunition; 18 U.S.C. § 924(c)(1)(A)(i): Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 922(o)(1): Possession of a Machinegun; 26 U.S.C. § 5861(d): Possession of Unregistered Firearms; 26 U.S.C. § 5861(i): Possession of a Firearm Not Identified by a Serial Number; 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(i)]

On or about January 10, 2019, in Los Angeles County, within the Central District of California, defendant EDMOND TUMASYAN knowingly and intentionally possessed with intent to distribute at least one

kilogram, that is, approximately 3.8 kilograms, of heroin, a Schedule I narcotic drug controlled substance.

COUNT TWO

[18 U.S.C. § 922(g)(1)]

On or about January 10, 2019, in Los Angeles County, within the Central District of California, defendant EDMOND TUMASYAN knowingly possessed the following firearms and ammunition, in and affecting interstate and foreign commerce:

1. a Heckler and Koch model USP 9 V1 9mm caliber pistol, bearing serial number 24-5690;
2. 300 rounds of Lake City Army Ammunition Plant 5.56 caliber ammunition;
3. 227 rounds of Lake City Army Ammunition Plant 5.56 caliber ammunition bearing headstamp "L C 16";
4. 102 rounds of Lake City Army Ammunition Plant 5.56 caliber ammunition bearing headstamp "L C 18";
5. 477 rounds of Sig Sauer .300 ACC Blackout caliber ammunition;
6. 243 rounds of Remington 9mm caliber ammunition; and
7. 308 rounds of Winchester 9mm caliber ammunition.

Defendant TUMASYAN possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, case number GA067640, on or about November 28, 2006;

(2) False Checks, in violation of California Penal Code Section 470(d), in the Superior Court of the State of California, County of Los Angeles, case number LA053380, on or about March 21, 2007;

(3) Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, case number LA050197, on or about March 21, 2007;

(4) Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, case number LA063830, on or about March 25, 2010;

(5) Prohibited Person in Possession of Ammunition, in violation of California Penal Code Section 12316(b)(1), in the Superior Court of the State of California, County of Los Angeles, case number LA065098, on or about October 26, 2010;

(6) Possession of a Controlled Substance For Sale, in violation of California Health & Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, case number LA070052, on or about May 8, 2012; and

(7) Possession of a Controlled Substance For Sale, in violation of California Health & Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, case number LA071027, on or about June 4, 2012.

## COUNT THREE

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about January 10, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant EDMOND TUMASYAN knowingly possessed firearms, namely, a Heckler and Koch model USP 9 V1 9mm caliber pistol, bearing serial number 24-5690, and an AR-15 type rifle with no markings or serial number (commonly referred to as a "ghost gun"), in furtherance of a drug trafficking crime, namely, possession with intent to distribute heroin, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(i), as charged in Count One of this Indictment.

COUNT FOUR

[18 U.S.C. § 922(g)(1)]

On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendant EDMOND TUMASYAN knowingly possessed the following firearms and ammunition, in and affecting interstate and foreign commerce:

1. a Glock-type 9mm Luger caliber firearm, bearing serial number ADGY695;
2. an SKS 7.62x39mm caliber semi-automatic rifle, bearing serial number 111-52882;
3. an Anderson Manufacturing .223 Remington caliber AM-15 rifle, bearing serial number 17002582;
4. a Pac West Arms .223 Remington caliber rifle, bearing serial number 008854;
5. a Colt Manufacturing Company model M203 40mm caliber grenade launcher, bearing serial number 94104;
6. 793 rounds of Lake City Ordinance Plant .223 caliber ammunition;
7. 243 rounds of Federal Cartridge Company .300 Blackout caliber ammunition;
8. 114 rounds of Sellier and Bellot .300 AAC Blackout caliber ammunition;
9. 370 rounds of Remington 9mm Luger caliber ammunition; and
10. 320 rounds of Sig-Sauer .300 Blackout caliber ammunition.

Defendant TUMASYAN possessed such firearms and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

    (1) Burglary, in violation of California Penal Code Section 459, in the Superior Court of the State of California, County of Los Angeles, case number GA067640, on or about November 28, 2006;

    (2) False Checks, in violation of California Penal Code Section 470(d), in the Superior Court of the State of California, County of Los Angeles, case number LA053380, on or about March 21, 2007;

    (3) Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, case number LA050197, on or about March 21, 2007;

    (4) Possession of a Controlled Substance, in violation of California Health & Safety Code Section 11350(a), in the Superior Court of the State of California, County of Los Angeles, case number LA063830, on or about March 25, 2010;

    (5) Prohibited Person in Possession of Ammunition, in violation of California Penal Code Section 12316(b)(1), in the Superior Court of the State of California, County of Los Angeles, case number LA065098, on or about October 26, 2010;

    (6) Possession of a Controlled Substance For Sale, in violation of California Health & Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, case number LA070052, on or about May 8, 2012; and

    (7) Possession of a Controlled Substance For Sale, in violation of California Health & Safety Code Section 11351, in the Superior Court of the State of California, County of Los Angeles, case number LA071027, on or about June 4, 2012.

```
 1                          COUNT FIVE
 2                     [18 U.S.C. § 922(o)(1)]
 3       On or about July 16, 2019, in Los Angeles County, within the
```


## COUNT FIVE

[18 U.S.C. § 922(o)(1)]

On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendant EDMOND TUMASYAN knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that defendant TUMASYAN knew to be a machinegun, namely, a conversion sear, with a Glock logo, bearing no serial number.

## COUNT SIX

[26 U.S.C. § 5861(i)]

On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendant EDMOND TUMASYAN knowingly possessed a firearm and machinegun, namely, a conversion sear, with a Glock logo, bearing no serial number, which defendant TUMASYAN knew to be a firearm and machinegun, as defined in Title 26, United States Code, Section 5845(b) and Title 18, United States Code, Section 921(a)(23), and which did not bear a serial number, as required by Chapter 53, Title 26, United States Code.

## COUNT SEVEN

[26 U.S.C. § 5861(d)]

On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendant EDMOND TUMASYAN knowingly possessed a firearm, namely, a firearm silencer, black in color and approximately twelve inches in length, with an outside diameter of approximately two inches, bearing no serial number, which defendant TUMASYAN knew to be a firearm and silencer, as defined in Title 26, United States Code, Section 5845(a)(7) and Title 18, United States Code, Section 921(a)(24), and which had not been registered to defendant TUMASYAN in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

## COUNT EIGHT

[26 U.S.C. § 5861(i)]

On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendant EDMOND TUMASYAN knowingly possessed a firearm, namely, a firearm silencer, silver in color and approximately twelve inches in length, with an outside diameter of approximately two inches, bearing no serial number, which defendant TUMASYAN knew to be a firearm and silencer, as defined in Title 26, United States Code, Section 5845(a)(7) and Title 18, United States Code, Section 921(a)(24), and which did not bear a serial number, as required by Chapter 53, Title 26, United States Code.

## COUNT NINE

[18 U.S.C. § 922(o)(1)]

On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendant EDMOND TUMASYAN knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(b), that defendant TUMASYAN knew to be a machinegun, namely, a fully automatic Pac West Arms .223 caliber rifle, bearing serial number 008854.

## COUNT TEN

[26 U.S.C. § 5861(d)]

On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendant EDMOND TUMASYAN knowingly possessed a firearm and destructive device, namely, a Colt Manufacturing Company model M203 40mm caliber grenade launcher, bearing serial number 94104, which defendant TUMASYAN knew to be a firearm and destructive device, as defined in Title 26, United States Code, Sections 5845(a)(8) and 5845(f), and which had not been registered to defendant TUMASYAN in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

## COUNT ELEVEN

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about July 16, 2019, in Los Angeles County, within the Central District of California, defendant EDMOND TUMASYAN knowingly and intentionally possessed with intent to distribute heroin, a Schedule I narcotic drug controlled substance.

FORFEITURE ALLEGATION

[26 U.S.C. § 5872, and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of any of the offenses set forth in Counts One through Eleven of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States the following:

(a) All right, title, and interest in any firearm involved in any such offense, including but not limited to the following which were seized on January 10, 2019, and July 16, 2019:

1. a Heckler and Koch model USP 9 V1 9mm caliber pistol, bearing serial number 24-5690;
2. an AR-15 type rifle with no markings or serial number;
3. 300 rounds of Lake City Army Ammunition Plant 5.56 caliber ammunition;
4. 227 rounds of Lake City Army Ammunition Plant 5.56 caliber ammunition bearing headstamp "L C 16";
5. 102 rounds of Lake City Army Ammunition Plant 5.56 caliber ammunition bearing headstamp "L C 18";
6. 477 rounds of Sig Sauer .300 ACC Blackout caliber ammunition;
7. 243 rounds of Remington 9mm caliber ammunition;

15

8. 308 rounds of Winchester 9mm caliber ammunition;
9. a Glock-type 9mm Luger caliber firearm, bearing serial number ADGY695;
10. an SKS 7.62x39mm caliber semi-automatic rifle, bearing serial number 111-52882;
11. an Anderson Manufacturing .223 Remington caliber AM-15 rifle, bearing serial number 17002582;
12. a Pac West Arms .223 Remington caliber rifle, bearing serial number 008854;
13. a .223 caliber automatic rifle, with no serial number;
14. a Colt Manufacturing Company model M203, 40mm caliber grenade launcher, bearing serial number 94104;
15. sixteen firearm silencers, bearing no serial number;
16. a conversion sear, bearing no serial number;
17. 793 rounds of Lake City Ordinance Plant .223 caliber ammunition;
18. 243 rounds of Federal Cartridge Company .300 Blackout caliber ammunition;
19. 114 rounds of Sellier and Bellot .300 AAC Blackout caliber ammunition;
20. 370 rounds of Remington 9mm Luger caliber ammunition, and
21. 320 rounds of Sig-Sauer .300 Blackout caliber ammunition.

(b) To the extent such property is not available for

forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.  Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent and Organized Crime Section

MAX SHINER
Assistant United States Attorney
Deputy Chief, Violent and Organized Crime Section

JOSEPH D. AXELRAD
Assistant United States Attorney
Violent and Organized Crime Section